**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01670-CR
No. 05-12-01672-CR
No. 05-13-00101-CR

**QUIDALE D. DICKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-59093-L, F11-59094-L, F10-61899-L**

## ORDER

Appellant's May 23, 2013 motion to extend the time to file appellant's brief is **GRANTED** to the extent the time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
            JUSTICE